```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
ALEXANDER KALARICKAL,                   :
                                        :
                        Plaintiff,      :
                                        :       20cv10249 (DLC)
            -v-                         :
                                        :
DENIS MCDONOUGH, Secretary, Department  :
of Veterans Affairs,                    :
                                        :
                        Defendant.      :
                                        :
----------------------------------------:
                                        :
ALEXANDER KALARICKAL,                   :
                                        :       21cv1043 (DLC)
                        Plaintiff,      :
                                        :           ORDER
            -v-                         :
                                        :
UNITED STATES OF AMERICA,               :
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Having received the pro se plaintiff's letter motion of January 26, 2022, it is hereby

ORDERED that the defendants shall file any opposition to the motion to by **February 1, 2022.**

IT IS FURTHER ORDERED that the parties shall meet and confer to discuss the motion prior to filing any opposition.

IT IS FURTHER ORDERED that when filing any papers with the

Court, the parties shall provide a courtesy copy to Chambers by sending them to this Court's Pro Se Office, Room 200, United States Courthouse, 500 Pearl Street, New York, New York 10007.

IT IS FURTHER ORDERED that failure to comply with any of the terms of this Order may constitute grounds for the denial of requested relief, dismissal of the action, the entry of judgment by default, or such other action as may be just in the circumstances.

SO ORDERED:

Dated:   New York, New York
         January 26, 2022

                                     _____
                                            DENISE COTE
                                     United States District Judge