```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
ALEXANDER KALARICKAL,                    :
                                         :
                      Plaintiff,         :
                                         :        20cv10249 (DLC)
          -v-                            :           ORDER
                                         :
DENIS MCDONOUGH, Secretary, Department   :
of Veterans Affairs,                     :
                                         :
                      Defendant.         :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Having received the plaintiff's letter motion of March 7, 2022 requesting the issuance of a subpoena, it is hereby

ORDERED that the plaintiff's March 7 letter motion requesting the Court to issue subpoenas is denied.

IT IS FURTHER ORDERED that the plaintiff shall consult with the defendant regarding the service of any discovery on former employees of the defendant.

SO ORDERED:

Dated:   New York, New York
         March 8, 2022

                                    _____
                                              DENISE COTE
                                    United States District Judge