```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
ALEXANDER KALARICKAL,                    :
                                         :
                          Plaintiff,     :
                                         :       20cv10249 (DLC)
              -v-                        :          ORDER
                                         :
DENIS MCDONOUGH, Secretary, Department   :
of Veterans Affairs,                     :
                                         :
                          Defendant.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    Having received the defendant's letter of March 23, 2022, it is hereby

    ORDERED that the parties shall appear in a conference to be held telephonically **Wednesday, March 30, at 3:00 pm.**

    IT IS FURTHER ORDERED that the parties shall use the following dial-in instructions for the telephone conference:

        Dial-in:     888-363-4749
        Access code:  4324948

The parties shall use a landline if one is available.

    IT IS FURTHER ORDERED that the defendant shall serve the plaintiff with a copy of this Order and its March 23 letter, and

file an Affidavit of service on the docket.


Dated:     New York, New York
           March 25, 2022

                                    _____
                                         DENISE COTE
                                    United States District Judge