```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :   20cv10249 (DLC)
ALEXANDER KALARICKAL,                  :
                                       :        ORDER
                           Plaintiff,  :
              -v-                      :
                                       :
DENIS MCDONOUGH, Secretary, Department :
of Veterans Affairs,                   :
                                       :
                           Defendant.  :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

Having received the parties' March 28, 2022 letter motion to adjourn the March 30 conference, it is hereby

ORDERED that the March 30 conference is adjourned until **Monday, April 4, at 2:00 pm.**

IT IS FURTHER ORDERED that the parties shall use the following dial-in instructions for the telephone conference:

```
          Dial-in:       888-363-4749
          Access code:   4324948
```

The parties shall use a landline if one is available.

SO ORDERED:

Dated:   New York, New York
         March 28, 2022

_____
                    DENISE COTE
         United States District Judge