```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------  X
                                           :   20cv10249 (DLC)
ALEXANDER KALARICKAL,                      :
                                           :        ORDER
                         Plaintiff,        :
                                           :
             -v-                           :
                                           :
DENIS MCDONOUGH, Secretary, Department     :
of Veterans Affairs,                       :
                                           :
                         Defendant.        :
                                           :
----------------------------------------  X
```

DENISE COTE, District Judge:

    Having held a conference on April 4, 2022, it is hereby

    ORDERED that the plaintiff shall consult with the Legal Assistance Clinic regarding any depositions the plaintiff intends to take.

    IT IS FURTHER ORDERED that any motion to extend the discovery deadline in order to take a deposition shall be made no later than **Friday, April 8, 2022.**

    SO ORDERED:

Dated:    New York, New York
           April 4, 2022

                                        _____
                                            DENISE COTE
                                    United States District Judge