UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :        20cv10249 (DLC)
ALEXANDER KALARICKAL,                   :
                                       :           ORDER
                          Plaintiff,   :
                                       :
                -v-                    :
                                       :
DENIS MCDONOUGH, Secretary, Department :
of Veterans Affairs,                   :
                                       :
                          Defendant.   :
                                       :
-------------------------------------- X

DENISE COTE, District Judge:

On April 7, 2022, the pro se plaintiff submitted a letter
motion requesting an extension of the discovery deadline.  After
this Court largely granted the defendant's motion to dismiss on
November 3, 2021, only the plaintiff's Title VII claim for
retaliatory termination of his employment remains for discovery.
An Order of November 3 set March 1, 2022 as the date by which
discovery should be completed.  On February 8, 2022, a
scheduling Order extended the deadline for the completion of all
fact discovery to April 15.

A conference was held on April 4 to address the plaintiff's
discovery requests.  The plaintiff was allowed to request an
extension of discovery deadline through a letter filed no later
than April 8 in the event he could represent that he would use
the additional time to take depositions.  The plaintiff's April
7 motion does not explain for what purpose the plaintiff has

requested additional time.  Accordingly, it is hereby

ORDERED that the plaintiff's April 7, 2022 letter motion is

denied.  This Court's scheduling Order of February 8, 2022

remains in effect.

IT IS FURTHER ORDERED that the Clerk of Court shall mail a

copy of this Order to the plaintiff and note service on the

docket.

SO ORDERED:

Dated:    New York, New York
          April 7, 2022

_____
DENISE COTE
United States District Judge